UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
:    Civ. Action No. 1:22-cv-07604 (VSB)
ALL AMERICA INSURANCE COMPANY,  :
:
                    Plaintiff,  :    NOTICE OF VOLUNTARY
:    DISMISSAL PURSUANT TO
    - against -                  :    F.R.C.P. 41(a)(1)(A)(i)
:
:
KEMPER INDEPENDENCE INSURANCE COMPANY  :
:
:
                 Defendant.  :
:
------------------------------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, All America Insurance Company, through its counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant.

Dated: December 12, 2022

Respectfully submitted,

**SELTZER & ASSOCIATES, PLLC**

By: _____
Joshua L. Seltzer (JS3032)
125 Maiden Lane, Suite 5C
New York, NY 10038
Tel: (646) 480-1393
Email: jseltzer@seltzerinsurancelaw.com

Attorneys for Plaintiff
All America Insurance Company

